**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Albert G. Hill, III v. Margaret Keliher, Heather Mill Washburne, Elisa Hill Summers, Ray Washburne, Alinda Wikert, Lyda Hill, David Pickett, Ty Miller, Joy Waller, Thomas Tatham and Chester Donnally

Appellate case number:   01-20-00419-CV

Trial court case number:  2019-38645

Trial court:                    127th District Court of Harris County

Katten Muchin Rosenman LLP filed an unopposed motion to withdraw from the representation of Albert G. Hill, III in this case. The motion complies with Texas Rule of Appellate Procedure 6.5 ("Withdrawal"). The motion is **granted**.

Katten Muchin Rosenman LLP must comply with Rule 6.5(c) by "immediately" notifying Albert G. Hill, III "in writing, of any deadlines or settings that the attorney knows about at the time of withdrawal but that were not previously disclosed" to him. TEX. R. APP. P. 6.5(c). Katten Muchin Rosenman LLP must also file a copy of that notice with the Clerk of this Court no later than October 4, 2022. *Id.*

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                        ☑ Acting individually     ☐ Acting for the Court

Date:    ___September 20, 2022_____